**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DEVIN SEATS, #R65374, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 24-cv-2175-SMY |
| | ) |
| SGT. METHENY, | ) |
| MICHAEL KRCMAR, | ) |
| DONALD ROUNTREE, | ) |
| SHANE SULSER, | ) |
| JONATHAN DYE, and | ) |
| CLAUDIA LEWIS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, Chief District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison (Doc. 75), recommending the denial of Defendants' Motion for Summary Judgment (Doc. 51) and dismissal of Count 3 of Plaintiff's Complaint. No objections have been filed to the Report. For the following reasons, Judge Sison's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Sison thoroughly discussed and supported his conclusions that Defendants did not carry their burden of proof to demonstrate Plaintiff failed to exhaust his administrative

remedies as to Counts 1, 2 and 4 before filing this case.  The Court finds no clear error in Judge Sison's findings, analysis and conclusions, and adopts his Report and Recommendation in its entirety.

Accordingly, Defendants' Motion for Summary Judgment on Exhaustion (Doc. 51) is **DENIED**.  Plaintiff's claims in Counts 1, 2, 4, and 5 against Defendants shall proceed.

**IT IS SO ORDERED.**

**DATED:  July 9, 2026**

**STACI M. YANDLE**
**Chief United States District Judge**